UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

Case No. SACV 12-1340-JST (JPRx)   Date: September 26, 2012
Title: Ibrahim Hackim v. Wells Fargo Bank NA, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Dwayne Roberts | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                   Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2012-00578495**

   On August 29, 2012, the Court ordered Defendant Wells Fargo Bank, N.A. ("Wells Fargo") to show cause why this case should not be remanded for lack of subject matter jurisdiction. (Doc. 14.)  The Court noted that it had previously concluded that Wells Fargo is a citizen of California, and therefore, the requirement of complete diversity is not met. (*Id.*)  On September 19, 2012, Wells Fargo filed a Notice of Non-Opposition to Order to Show Cause Why This Case Should Not Be Remanded, in which it indicated that it will not oppose a remand in this action. (Doc. 16.)  Accordingly, the Court concludes that it lacks subject matter jurisdiction, and REMANDS this case to Orange County Superior Court, Case No. 30-2012-00578495.  The motion hearing scheduled for November 2, 2012 at 2:30 p.m. is now vacated.

Initials of Preparer:  __dr___